IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-00863-WYD-KMT

DAVID MCCLEARY,

      Plaintiff,

v.

MONARCH RECOVERY MANAGEMENT, INC., a Pennsylvania corporation,

      Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

THE COURT, having reviewed the Stipulation of Dismissal with Prejudice

pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, hereby

ORDERS that this case is **DISMISSED WITH PREJUDICE**, with each party to

pay his or its own attorney's fees and costs.

Dated:  August 10, 2011.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE